PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Max LaRue　　　　　　　　　　　　　　　　　Cr.: 15-00638-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 1564001

Name of Sentencing Judicial Officer:　THE HONORABLE JOSE L. LINARES
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/21/2016

Original Offense:　Conspiracy to Distribute and Possession with Intent to Distribute Cocaine Base, 21 U.S.C. Section 846 [21 U.S.C. §§ 841(a)(1) & (b)(l)(B)]

Original Sentence: 60 months imprisonment, 48 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing and Treatment, Mental Health Treatment, Gang Associate/Member

Type of Supervision: Supervised Release　　　　　Date Supervision Commenced: 08/28/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states **'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**<br><br>On January 17, 2020, the offender tested positive for the use of Oxycodone. He subsequently admitted to taking a prescription pain killer without a valid prescription due to having shoulder pain. |

U.S. Probation Officer Action:

No official Court action is recommended at this time. A copy of this letter will be provided to LaRue and will serve as an official written reprimand. LaRue is a ReNew Court participant and has been sanctioned to 3 months home confinement. Additionally, he will undergo an evaluation and will continue to be closely monitored. Any further noncompliance with be reported to Your Honor in a timely manner.

Respectfully submitted,

By: Kevin P. Egli
Sr. U.S. Probation Officer
Date: 03/10/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

*s/ Susan D. Wigenton, U.S.D.J.*
Signature of Judicial Officer

*3/19/2020*
Date